Mark F. Anderson (SBN 44787)
ANDERSON CONSUMER LAW
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@andersonconsumerlaw.com

Attorneys for Plaintiff Christopher R. Sullivan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOYOTA MOTOR CREDIT CORPORATION, et al,<br><br>　　　　　Defendants. | Case No.18-cv-00573 JD<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION |

　　　　IT IS HEREBY STIPULATED by and between counsel for plaintiff Christopher R. Sullivan and counsel for defendants Toyota Motor Credit Corporation and Experian Information Solutions, Inc. that this entire action may be dismissed with prejudice pursuant to Rule 41a(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his or its own attorney's fees and cost incurred herein.

Dated: June 18, 2018

*/s/ Mark F. Anderson*
Mark F. Anderson
ANDERSON CONSUMER LAW
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Ph: (415) 651-1951
mark@andersonconsumerlaw.com　　　　Attorney for Plaintiff

**STIPULATION FOR DISMISSAL –-SULLIVAN V TOYOTA MOTOR CREDIT CORP., NO 18-CV-00573 JD**

*/s/ Raagini Shah*
REED SMITH LLP
355 South Grand Ave
Suite 2900
Los Angeles, CA 92612
Phone: 213.457.8000
RShah@reedsmoth.com                    Attorneys for TMCC

**/s/** *Jennifer Sun*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Phone: 949.553.7572
Email: jennifersun@jonesday.com         Attorneys for Experian

**FILER ATTESTATION**

  Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 18, 2018.

/s/ *Mark F. Anderson*

**STIPULATION FOR DISMISSAL –-SULLIVAN V TOYOTA MOTOR CREDIT CORP., NO 18-CV-00573 JD**